In the Matter of STEVEN BRIGGS, Appellant, v SHARON DUDLEY, Respondent. [747 NYS2d 795]

Under the circumstances of this case, the Family Court correctly denied the father's application, inter alia, for sole custody of the parties' children.

The father's remaining argument is not reviewable as the order appealed from did not award an attorney's fee. Santucci, J.P., Altman, Goldstein and Luciano, JJ., concur.